ERNEST L. SCHWAB, Appellant, v. RUBEL CORPORATION and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

SARAH A. WHEELER, Appellant, v. WOODSIDE RESIDENCES, INC., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of WILLIAM J. DEMPSEY, Sheriff of the County of Richmond, Respondent, against JOHN A. LYNCH Co., INC., Appellant, for an Order Pursuant to Section 1558, Subdivision 18, of the Civil Practice Act, Requiring Respondent to Pay to Petitioner Poundage and Fees Allowed by Law on a Warrant of Attachment Issued at the Instance of Respondent.— Order directing payment to a sheriff of poundage and fees pursuant to the provisions of section 1558, subdivision 18, Civil Practice Act, on a warrant of attachment issued at the instance of the appellant, affirmed, with twenty-five dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur. [175 Misc. 710.]